IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES COLE                                                                                          PLAINTIFF

v.                                      Case No. 6:19-cv-6136

HOT SPRING COUNTY JAIL                                                                DEFENDANT

**ORDER**

    Before the Court is the Report and Recommendation filed March 11, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that this case be dismissed because Plaintiff has failed to keep the Court apprised of his current address and failed to prosecute this case.

    Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 31st day of March, 2020.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge